SAMUEL HAIGHT et al., Respondents, *v.* HENRY E. WILLIAMS, Appellant.

Since the Code this court has no more power to review a question of fact in an equity suit, than in an action at law.

(Argued June 12th, 1871; decided September 5th, 1871.)

*G. H. Brewster & T. Hyslop,* for appellant.

*D. P. Barnard,* for respondents.

ACTION by Haight, a former partner of defendant, and assignees for an accounting and recovery of an alleged balance due on the dissolution of the firm. Judgment for plaintiffs affirmed at General Term.

PECKHAM, J., reads opinion for affirmance.

All concur.
Judgment affirmed.